UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-CR-037-JCM-LRL |
| v. | ) | |
| | ) | **O R D E R** |
| JORGE LEMUS-BQ            , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the government files a formal objection or other appropriate motion within six (6) days of the date of this Order.

    IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

    DATED this   3rd    day of    February         , 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**